IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hillary L. Falconer, et al., | NO. C 06-04240 JW |
|     Plaintiffs, | **ORDER VACATING HEARING ON PLAINTIFF'S MOTION TO REMAND** |
|   v. | |
| County of Santa Cruz, et al., | |
|     Defendants. | |

The Court deems the Plaintiffs' Motion to Remand appropriate for submission on the papers. See Civ. L. R. 7-1(b). Accordingly, the hearing on October 2, 2006 is vacated.

Dated:  September 27, 2006

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Julia Hill CSL046@co.santa-cruz.ca.us
Ronald A. Zumbrun rzumbrun@zumbrunlaw.com
Timothy Vartkes Kassouni zfirm@zumbrunlaw.com
Timothy Vartkes Kassouni zfirm@zumbrunlaw.com

**Dated: September 27, 2006**          **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**

**United States District Court**
For the Northern District of California