1  DANA McRAE, State Bar No. 142231
   County Counsel, County of Santa Cruz
2  JASON M. HEATH, State Bar No. 180501
   Assistant County Counsel
3  701 Ocean Street, Room 505
   Santa Cruz, California 95060
4  Telephone: (831) 454-2040
   Fax: (831) 454-2115

5

6  Attorneys for Defendants
   COUNTY OF SANTA CRUZ, COUNTY OF
7  SANTA CRUZ BOARD OF SUPERVISORS,
   JANET K. BEAUTZ, DAVID LAUGHLIN,
8  and RICHARD NIEUWSTAD

9                    UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| HILLARY L. FALCONER and D.W. FALCONER, INC., dba BRIARCLIFF FARM,<br><br>    Plaintiffs,<br>v.<br><br>COUNTY OF SANTA CRUZ, COUNTY OF SANTA CRUZ BOARD OF SUPERVISORS, JANET K. BEAUTZ, DAVID LAUGHLIN, RICHARD NIEUWSTAD, NANCY COLE, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. C 06-04240 JW<br><br>**STIPULATION TO CONTINUE DATE OF PRE-TRIAL CONFERENCE; [PROPOSED] ORDER** |
|---|---|

## **STIPULATION**

WHEREAS, the Court recently continued the hearing on defendants' pending motion for summary judgment/adjudication to November 5, 2007; and

WHEREAS, the pre-trial conference in this case is currently scheduled for November 5, 2007; and

WHEREAS, plaintiffs and defendants desire to conserve costs and expenses in litigation and make these proceedings as efficient as possible, and believe that these proceedings may be more efficiently handled if the pre-trial conference can be postponed until after the Court has determined

1 what claims remain to be litigated, if any, following the hearing on the summary judgment
2 proceedings;
3      THEREFORE, IT IS HEREBY STIPULATED between plaintiffs and defendants, and the
4 parties hereby request, that the Court issue an order continuing the pre-trial conference in this case to
5 sometime after mid-January, 2008.

Dated: August 13, 2007            DANA McRAE, COUNTY COUNSEL

                                  By:          /S/
                                       JASON M. HEATH
                                       Assistant County Counsel
                                       **Attorneys for Defendants**

Dated: August 13, 2007            RONALD A. ZUMBRUN
                                  TIMOTHY V. KASSOUNI
                                  ANGELA C. THOMPSON
                                  THE ZUMBRUN LAW FIRM

                                  By:          /S/
                                       RONALD A. ZUMBRUN
                                       **Attorneys for Plaintiffs**

### ORDER

    For good cause shown as set forth above, the Court hereby accepts the stipulation of the parties and orders that the pre-trial conference in this date be continued from November 5, 2007 to _____January 14_____, 2008. All other currently scheduled litigation dates shall remain the same.

**IT IS SO ORDERED**.

Dated: ___August 16, 2007___            _____/s/ James Ware_____
                                        JAMES WARE
                                        United States District Court Judge

*Falconer v. County of Santa Cruz, et al.*, Case No. C06-04240 JW            Stipulation and Proposed Order

-2-