IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hillary Falconer, et al., | NO. C 06-04240 JW |
|     Plaintiffs,<br>v. | **ORDER VACATING THE APRIL 14, 2008 CASE MANAGEMENT CONFERENCE** |
| County of Santa Cruz, et al., | |
|     Defendants.           / | |

In light of Defendants' Motion for Summary Judgment currently set to be heard on June 2, 2008, the Court VACATES the April 14, 2008 case management conference. The Court will set a date for a Preliminary Pretrial Conference in its order addressing Defendants' Motion for Summary Judgment.

Dated: April 10, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Angela Christine Thompson athompson@zumbrunlaw.com
Jason Michael Heath Jason.Heath@co.santa-cruz.ca.us
Ronald A. Zumbrun rzumbrun@zumbrunlaw.com
Timothy Vartkes Kassouni zfirm@zumbrunlaw.com
Timothy Vartkes Kassouni zfirm@zumbrunlaw.com

**Dated: April 10, 2008**                          **Richard W. Wieking, Clerk**

                                      **By:   /s/ JW Chambers**
                                             **Elizabeth Garcia**
                                             **Courtroom Deputy**

**United States District Court**
For the Northern District of California